**Opinion issued December 6, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

NO. 01-12-00950-CV

————————————

**BEN E. KEITH COMPANY, Appellant**

**V.**

**LAWRENCE RENE MONTOYA, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-19831**

---

**MEMORANDUM OPINION**

Appellant has filed an unopposed amended motion to dismiss the appeal.

No opinion has issued. Accordingly, we grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.